IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A.,<br><br>Defendants. | Civil Action No. 05-351<br><br>JURY TRIAL DEMANDED |

### Rule 7.1 Disclosure Statement of Plaintiff Rochester Drug Co-operative, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Rochester Drug Co-operative, Inc. ("RDC") states that (1) there is no parent corporation of RDC; and (2) there is no publicly held corporation that owns 10% or more of RDC's stock.

Dated: June 8, 2005

By: _____
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: 302-656-4433
Fax: 302-658-7567

*Attorney for Plaintiff*
*Louisiana Wholesale Drug Co., Inc.*

### *Additional Plaintiff's Counsel*

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Eric L. Cramer
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604

GARWIN, GERSTEIN & FISHER, L.L.P.
Bruce E. Gerstein
Barry S. Taus
Adam Steinfeld
1501 Broadway, Suite 1416
New York, NY 10036
Tel:  (212) 398-0055
Fax: (212) 764-6620

BILGORE, REICH, LEVINE & KANTOR
Donald L. Bilgore
16 East Main Street, Suite 950
Rochester, NY 14614
Tel: (585) 262-4700
Fax: (585) 262-4118

Odom & Des Roches, L.L.P.
Stuart E. Des Roches
650 Poydras Street
Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

PERCY, SMITH & FOOTE
David P. Smith
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741