**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-351 KAJ |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A., | ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF DEFENDANT'S NON-RESIDENCE
PURSUANT TO L.R. 4.1(b)**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS. |
| NEW CASTLE COUNTY | ) | |

BE IT REMEMBERED that on this 15th day of June, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, JEFFREY S. GODDESS, ESQUIRE, who being duly sworn did depose and say:

1.    That he is the attorney for the plaintiff in this civil action.

2.    That defendant, Abbott Laboratories, is non-resident in Delaware, being incorporated under the laws of the State of Illinois and having its principal place of business in Abbott Park, Illinois.

3.    That he makes this Affidavit on behalf of the plaintiff and causes it to be filed pursuant to L.R. 4.1(b).

4.    That on June 6, 2005, he caused a registered letter to be sent to defendant, Abbott Laboratories.  Said registered letter enclosed a copy of the Summons, Complaint and the Return Of Service showing service upon the Secretary of State of the State of Delaware pursuant to 10 Del. C. §3104.  A copy of the receipt obtained at the time of mailing said registered letter is attached hereto as Exhibit A.

5.    That on June 9, 2005, the aforesaid registered letter was received by defendant Abbott Laboratories, as shown by the attached return receipt from the United States Postal Service.  The receipt is attached hereto as Exhibit B.

_____
JEFFREY S. GODDESS (No. 630)


SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC



| Registered No. | | |
|---|---|---|
| **RB 121 172 600US** | | **Date Stamp** |

| | | |
|---|---|---|
| Reg. Fee | 7.50 | |
| Handling Charge | 2.21 | Return Receipt 1.75 |
| Postage | | Restricted Delivery |
| Received by | | |
| Customer Must Declare Full Value $ **N/V** | | ☐ With Postal Insurance / **X** Without Postal Insurance |

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

| FROM | JEFFREY S. GODDESS, ESQ. |
|---|---|
| | PO BOX 1070 |
| | WILMINGTON, DE 19899-1070 |
| TO | ABBOTT LABORATORIES |
| | 100 ABBOTT PARK ROAD |
| | ABBOTT PARK, IL 60064 |
| | RE: Rochester (Tricor) |

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ABBOTT LABORATORIES
100 ABBOTT PARK ROAD
ABBOTT PARK, IL   60064

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
                                      6-9-5

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number       RB 121 172 600US
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT B